EL PUEBLO DE PUERTO RICO, demandante y apelado, *v.* CRESCENCIO MERCADO *alias* PÓLVORA, acusado y apelante.

No. 5147.—*Sometido:* Noviembre 13, 1933. *Resuelto:* Noviembre 24, 1933.

*Buenaventura Esteves,* abogado del apelante; *R. A. Gómez, Fiscal,* abogado de El Pueblo, apelado.

EL JUEZ ASOCIADO SEÑOR WOLF, emitió la opinión del tribunal.

El fiscal ha presentado moción para que desestimemos este recurso por no haberse notificado el mismo. En una oposición jurada el apelante alega que depositó en el correo la notificación dirigida al fiscal de distrito; que no hizo la notificación personalmente porque cuando fué a la oficina del fiscal éste se hallaba ausente del distrito; que a fin de cumplir con la letra de la ley, el abogado del apelante posteriormente fué a la oficina del fiscal para cerciorarse de si éste había recibido la notificación por correo, y que, según el declarante, el fiscal la había recibido; que éste es un caso en que las partes habían convenido que el mismo fuera juzgado en la corte de distrito y apelado a la Corte Suprema de Puerto Rico. El apelante cita el caso de *El Pueblo* v. *Varela,* 41 D.P.R. 889.

En *El Pueblo* v. *Rubio,* 44 D.P.R. 889, indicamos que si el apelante lograba demostrar que la notificación por correo

había llegado a manos del fiscal, quizá podría sostenerse que la notificación había sido hecha personalmente. Y en *El Pueblo* v. *Varela,* supra, resolvimos que el propósito del estatuto era que se le hiciese al Pueblo de Puerto Rico una notificación material.

Además, creemos que dados los hechos del caso surgió un impedimento (*estoppel*). El apelante fué a la oficina del fiscal de distrito y allí se cercioró de que la notificación de la apelación había sido realmente recibida. Cuando el abogado del apelante acudió a la oficina del fiscal de distrito con el fin de hacer una notificación personal, como parece ser la inferencia lógica, era entonces deber del fiscal de distrito insistir en una notificación más formal, si así lo deseaba. Todas las circunstancias del caso tienden a demostrar que el fiscal de distrito tuvo conocimiento personal de la apelación.

*La moción debe ser declarada sin lugar.*